IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Robbin Williams )   08 B 35265
XXX-XX-4928 )
    Debtor(s) )   Judge Goldgar

## ORDER TO EMPLOYER TO PAY TO THE TRUSTEE

TO: Community Action Partnership
Attn: Payroll Department
1200 Glen Flora
Waukegan, IL 60085

WHEREAS, the above named debtor has submitted a plan to pay his debts out of his future earnings, and by his plan submits all of his future earnings to the supervision and control of this Court for the purpose of carrying out the plan:

NOW IT IS THEREFORE ORDERED, that until further order of this Court, Community Action Partnership employer of Robbin Williams, deduct from the earnings of the debtor, the sum of $ 220.00 each month beginning on the next pay day following the receipt of this order and to pay the sum so deducted to Glenn Stearns, Trustee, at least once a month at the following address:

Glenn Stearns, Chapter 13 Trustee
PO Box 2368
Memphis, TN 38101-2368

IT IS FURTHER ORDERED, that the employer shall change the deduction amount upon written notice from the Trustee or the attorney for debtor;

IT IS FURTHER ORDERED, that the employer shall stop the deduction upon written notice from either the Trustee or the attorney for debtor;

IT IS FURTHER ORDERED, that the employer shall notify the Trustee if the employment of the debtor is terminated and the reason for such termination;

IT IS FURTHER ORDERED, that all earnings of the debtor, except amounts required to be withheld by the provisions of Federal or State law or for insurance, pension or union dues, be paid to the debtor and that no deduction other than authorized or directed by this order be made by the employer.

Entered: 1-5-09

_____
United States Bankruptcy Judge

I agree to the entry of this order without further notice or hearing.

Date: 12/26/08

X _____
Debtor or Attorney

THIS ORDER WAS PREPARED BY:
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100